# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

          **Plaintiff,**

-vs-                                  **Case No.   3:19 CR 14 (3)**

**KEVIN DORN**

          **Defendant.**

## ENTRY AND ORDER

     This matter comes before the Court pursuant to a Motion for Compassionate Release (Doc. 73) filed on July 8, 2020. Counsel was appointed to represent the Defendant on August 4, 2020. It is therefore the ORDER of this Court that Defendant's time to file a reply to the Government's Response (Doc. 76) to Defendant's Motion for Compassionate Release is extended to September 15, 2020.

August 27, 2020                                                         \*s/Thomas M. Rose

                                                               THOMAS M. ROSE, JUDGE
                                                            UNITED STATES DISTRICT COURT